

**Rikard & Protopapas, LLC**
Attorneys and Counselors at Law

ROBERT G. RIKARD
rgr@rplegalgroup.com

PETER D. PROTOPAPAS
pdp@rplegalgroup.com

ALLYSON C. RIKARD
acarbaugh@rplegalgroup.com

CHARLES E. USRY
cusry@rplegalgroup.com

1329 Blanding Street
Columbia, SC 29201

Post Office Box 5640
Columbia, SC 29250

tel: 803.978.6111
fax: 803.978.6112
web: rplegalgroup.com

March 27, 2015

The Honorable Mary G. Lewis
United States District Judge
901 Richland Street
Columbia, SC 29201

RE:   Oak Ridge Tool-Engineering, Inc. v. Shaw AREVA MOX Services, LLC.
      **Case No: 3:13-cv-00992-JFA**

Dear Judge Lewis,

   The parties are jointly writing to ask for a status conference in the above-referenced matter. The parties mediated this case on March 23, 2015; however, the mediation was unsuccessful.

   All of the fact and expert witnesses for both parties reside outside of Columbia, and most reside outside of South Carolina. We would like to discuss the Court's preference for trial dates in this matter so that we can begin the process of coordinating the schedule of those witnesses. We are available for a telephone or in-person conference and will defer to the Court's preference.

Sincerely,

Robert G. Rikard

CC via e-mail:     Jeffrey Belkin, Esquire
                   M. Todd Carroll, Esquire
                   Kevin A. Hall, Esquire
                   Ericson P. Kimbel, Esquire
                   Scott M. Jarvis, Esquire
                   Mike Shanlever, Esquire