UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Oak Ridge Tool-Engineering, Inc.  )<br>Plaintiff,                                   )<br>                                              )<br>                                              )<br>v.                                           )<br>                                              )<br>                                              )<br>Shaw AREVA MOX Services, LLC, )<br>Defendant.                               )<br>                                              )<br>                                              ) | Case No. 3:13-cv-0992-MGL<br><br><br><br>**NOTICE OF FILING OF DECLARATIONS<br>OF RECORDS CUSTODIANS** |

Defendants Shaw AREVA MOX Services, LLC, hereby file the attached Declarations of Records Custodians, Exhibits A-D with the Clerk of the District Court of the United States, District of South Carolina.

Dated August 10, 2015

By: /s/M. Todd Carroll
Kevin A. Hall (Federal Bar No. 5375)
M. Todd Carroll (Federal Bar No. 9742)
Womble Carlyle Sandridge & Rice LLP
1727 Hampton Street
Columbia, SC  29201
Phone:  (803) 454-6504
*kevin.hall@wcsr.com*
*todd.carroll@wcsr.com*

Ericson P. Kimbel (admitted *pro hac vice*)
PA ID No. 85074
Burleson LLP
1900 Main St #201,
Canonsburg, PA 15317
Phone:  (724) 743-3099
*ekimbel@burlesonllp.com*

*Attorneys for Defendant,*
*Shaw AREVA MOX Services, LLC*