## DECLARATION OF RECORDS CUSTODIAN

I, Scott Hinds, am the custodian of the enclosed bates numbered documents or other person qualified to identify the records of HINDS00001 – HINDS00149 and give the other statements in this declaration. I hereby declare and certify as follows:

1.) That HINDS00001 – HINDS00149 are true and accurate copies of the originals;

2.) That HINDS00001 – HINDS00149 were made at or near the time of the matters set forth;

3.) That HINDS00001 – HINDS00149 were made by a person with knowledge of the matters set forth therein, or from information transmitted by a person with knowledge of those matters;

4.) That HINDS00001 – HINDS00149 were kept in the course of a regularly conducted activity;

5.) That HINDS00001 – HINDS00149 were made by the regularly conducted activity as a regular practice.

Pursuant to 28 U.S.C. Section 1746, I verify under the penalty of perjury under the laws of the United Stated of America that the foregoing is true and correct.

Executed on AUGUST 7, 2015

_____
Signature

4822-3441-9494, v. 1