IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Oak Ridge Tool-Engineering, Inc., | ) | Civil Action No. 3:13-CV-00992-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION OF DISMISSAL |
| | ) | |
| Shaw AREVA MOX Services, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate to the dismissal of all claims and counterclaims in this matter with prejudice. The parties further agree that each shall bear its own costs and fees.

| We so stipulate and consent: | We so stipulate and consent: |
|---|---|
| RIKARD AND PROTOPAPAS, LLC | WOMBLE CARLYLE SANDRIDGE & RICE, LLP |
| By: /s/ Robert G. Rikard<br>    Federal Bar No. 6938<br>    1329 Blanding Street<br>    Columbia, South Carolina 29201<br>    803-978-6111 | By: /s/ M. Todd Carroll<br>    Federal Bar No. 9742<br>    Kevin A. Hall<br>    Federal Bar No. 5375<br>    1727 Hampton Street<br>    Columbia, South Carolina 29201 |
| ALSTON & BIRD, LLP | 803-454-6504 |
| Jeffrey Belkin<br>Mike Shanlever<br>Scott Jarvis<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>404-881-7000<br>*Admitted Pro Hac Vice* | BURLESON LLP<br><br>Ericson P. Kimbel<br>Kevin L. Barley<br>Tania Wang<br>1900 Main Street, Suite 201<br>Canonsburg, PA 15317<br>724-746-6644<br>*Admitted Pro Hac Vice* |
| Attorneys for Plaintiff | Attorneys for Defendant |

November 18, 2015